# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ATLAS, JR.,<br>　　　　Petitioner,<br>　v.<br>ERIC ARNOLD, Warden,<br>　　　　Respondent. | Case No. ED CV 15-01504 RSWL (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied, and this action is dismissed with prejudice.

DATED: March 27, 2020

　　　　　　　　　　　　　s/ RONALD S.W. LEW
　　　　　　　　　　　　　RONALD S.W. LEW
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE